BARNHART v. FARR ET AL.

1. **Practice in the Supreme Court**: EXCEPTION. An exception to the conclusion of law upon which a judgment is based is the same for the purposes of appeal as an exception to the judgment itself.

2. ———: ASSIGNMENT OF ERRORS. The provision of the statute requiring errors to be assigned on an appeal in a law action is peremptory, and unless they are assigned the Supreme Court cannot consider the appeal.

*Appeal from Black Hawk Circuit Court.*

FRIDAY, DECEMBER 17.

THIS is an action at law in which the plaintiff, being publisher of a newspaper, seeks to recover of the defendant Farr, as sheriff, and of the other defendants as sureties on his official bond, certain printer's fees for publishing a large number of sheriff's sale notices, which fees, it is alleged, said Farr collected and appropriated to his own use.

A jury was waived and a trial was had to the court. Judgment was rendered against defendant Farr, and the other defendants, his sureties, were by the judgment of the court held not liable to the plaintiff. The plaintiff appeals.

*Hasner & Van Orsdol*, for appellant.

*Lake & Harmon*, for appellees.

ROTHROCK, J.—I. It is urged by counsel for appellees that this cause must be affirmed, because the record does not show that there was any exception to the judgment rendered by the court below. An exception appears to have been taken to the conclusion of law from the facts found by the court, and we incline to think this was sufficient. The formal judgment was founded upon the conclusion of law which was excepted to.

1. PRACTICE in the supreme court : exceptions.

II. It is contended that the appeal cannot be entertained

because there is no assignment of errors. This point appears to 2. ——: assignment of error. us to be well taken. We find nothing in the record which purports to be an assignment of errors. Counsel for appellant insists that no formal assignment is necessary because but one point is relied upon, and that is apparent from the record and argument. The statute is peremptory. Error must be assigned or we cannot entertain the appeal. Code, §§ 3183, 3207. *Twogood & Elliott v. Reily*, 48 Iowa, 546. Rules of practice prescribed by the statute, and by numerous decisions of this court, must be observed.

AFFIRMED.